**UNITED STATES of America, Appellee,**

v.

**Rodney HARPER, Appellant.**

**No. 02–2680.**

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 20, 2002.

Decided Dec. 27, 2002.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

Before BOWMAN, MURPHY, and RILEY, Circuit Judges.

PER CURIAM.

Rodney Harper pleaded guilty to possessing with intent to distribute more than 50 grams of a mixture containing cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii); and carrying a firearm during and in relation to a drug-trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A). The district court[1] sentenced Harper to consecutive prison terms of 151 months on the drug conviction and 60 months on the firearm conviction; concurrent supervised-release terms of 5 years and 3 years, respectively; and a $2,500 fine. On appeal, Harper's counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), raising numerous points.

Counsel correctly notes that none of these points present a meritorious issue. After conducting a careful, independent review of the record in accordance with *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues. Thus, we grant counsel's motion to withdraw, and we affirm.

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.